**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| MICHELLE ROMANO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-00549-AJT-IDD |
| VERISIGN, INC., | ) |
| Defendant. | ) |

## NOTICE OF ERRATA

Defendant VeriSign, Inc., by and through its undersigned counsel, hereby respectfully submits this Notice of Errata with respect to its Reply in Support of Motion for Summary Judgment, filed earlier today on December 12, 2022, ECF No. 66. That filing included an incorrect Exhibit 2 that was referenced in the Reply. The correct Exhibit is attached hereto, and VeriSign respectfully requests that it be considered as Exhibit 2 to ECF No. 66.

Dated: December 12, 2022              Respectfully submitted,

**JACKSON LEWIS P.C.**

By: /s/ Meredith F. Bergeson
Meredith F. Bergeson (VA Bar No. 83885)
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
Phone: (703) 483-8300
Fax: (703) 483-8301
meredith.bergeson@jacksonlewis.com

Larry R. Seegull (admitted *pro hac vice*)
2800 Quarry Lake Drive
Baltimore, MD 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
larry.seegull@jacksonlewis.com
*Counsel for Defendant VeriSign, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Carla D. Brown, Esq.
>Charlson Bredehoft Cohen Brown & Nadelhaft, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, Virginia 20190
>Phone: (703) 318-6800
>Fax: (703) 318-6808
>cbrown@cbcblaw.com
>
>*Counsel for Plaintiff Michelle Romano*

>By: /s/ Meredith F. Bergeson
>Meredith F. Bergeson (VA Bar No. 83885)
>10701 Parkridge Boulevard
>Suite 300
>Reston, VA 20191
>Phone: (703) 483-8300
>Fax: (703) 483-8301
>meredith.bergeson@jacksonlewis.com
>
>Larry R. Seegull (admitted *pro hac vice*)
>2800 Quarry Lake Drive
>Baltimore, MD 21209
>Phone: (410) 415-2000
>Fax: (410) 415-2001
>larry.seegull@jacksonlewis.com
>
>*Counsel for Defendant VeriSign, Inc.*